IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -7 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| AMERISPEC, INC., | |
| Plaintiff, | |
| v. | Case No: 2:05cv2678-D/P |
| JAMES and JENNIFER BORING, | |
| Defendants. | |

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This cause came to be heard upon the motion of Plaintiff Amerispec, Inc. for permission to allow Michael R. Gray to appear *pro hac vice* on its behalf in this action. The Court finds that movants have complied with Local Rule of Court 83.1(b). Accordingly, the Court grants the motion.

Michael R. Gray is hereby admitted to practice in this case *pro hac vice* on behalf of Plaintiff herein.

SO ORDERED, this the 8th day of November, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02678 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 S. Eighth St.
500 IDS Center
Minneapolis, MN 55402

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT